PROB 12C
(7/93)

# United States District Court
## for
## District of New Jersey
## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Hensley Zolotoff                                             Cr.: 05-CR-158

Name of Sentencing Judicial Officer: Honorable John Antoon II

Date of Original Sentence: 04/25/02

Original Offense: Importation of Heroin into the U.S.

Original Sentence: 37 months imprisonment

Type of Supervision: 3 years supervised release                Date Supervision Commenced: 09/07/04

Assistant U.S. Attorney: To be assigned                             Defense Attorney: To be assigned

### PETITIONING THE COURT

[ ] To issue a warrant
[X] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the supervision condition which states ' **You shall report to the probation officer as directed by the Court or probation officer, and shall submit a truthful and complete written report within the first five days of each month.**'<br><br>The offender failed to report as instructed on June 17 and June 21, 2005, and June 28, 2006. He has also failed to submit monthly supervision reports for May through December 2005 and April through June 2006. |
| 2 | The offender has violated the supervision condition which states ' **You shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician.**'<br><br>On December 13, 2004, the offender was administered an instant drug test and tested positive for cocaine. The offender admitted to using cocaine on December 10, 2004, while out with friends and voluntarily signed an "Admission of Drug Use" on December 13, 2004, admitting his use of a controlled dangerous substance. |

PROB 12C - Page 2
Hensley Zolotoff

3      The offender has violated the supervision condition which states ' **The defendant shall refrain from the illegal possession and/or use of drugs and shall submit to urinalysis or other forms of testing to ensure compliance. It is further ordered that the defendant shall submit to drug treatment, on an outpatient or inpatient basis, as directed by the U.S. Probation Office. The defendant shall abide by the rules of any program and shall remain in treatment until satisfactorily discharged with the approval of the U.S. Probation Office.**'

On February 10, 2005, the offender was referred to CURA, an outpatient drug treatment program located in Newark, New Jersey; however, on April 21, 2005, the program administratively discharged the offender for failure to report twice a week for counseling. During the two-month time period, the offender only reported for treatment on March 3 and March 31, 2005, stating he did not have transportation or money to travel to CURA. The offender has failed to make himself available for urine testing.

4      The offender has violated the supervision condition which states ' **The defendant shall contribute 150 hours of community service work over a period of supervised release or less, from the date probation is granted. Such service shall be without compensation, with the specific work placement to be approved by the U.S. Probation Office.**'

The offender has failed to perform the community service as ordered by the sentencing Court on April 25, 2002.

I declare under penalty of perjury that the foregoing is true and correct.

By: Andrea Shumsky
U.S. Probation Officer
Date: 07/21/06

THE COURT ORDERS:

[X] The Issuance of a Summons. Date of Hearing: 10/2/06 at 11:30 a.m.
[ ] The Issuance of a Warrant
[ ] No Action
[ ] Other

Katharine S. Hayden, USDJ
Signature of Judicial Officer

8/21/06
Date