PROB 12B (7/93)

# United States District Court
## for
## District of New Jersey

## Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Hensley Zolotoff                                   Cr.: 05-CR-00158-001

Name of Sentencing Judicial Officer: The Honorable Katharine S. Hayden

Date of Original Sentence: 04/25/02

Original Offense: Importation of Heroin

Original Sentence: 37 months imprisonment; 3 years TSR

Type of Supervision: Supervised Release                 Date Supervision Commenced: 09/07/04

## PETITIONING THE COURT

[ ]   To extend the term of supervision for        Years, for a total term of        Years.
[X]   To modify the conditions of supervision as follows. The addition of the following special condition(s):

The three month home confinement condition imposed on October 11, 2006 is modified as follows. Retroactive to October 24, 2006, the defendant is to be placed on home curfew for a period of 2 months. The defendant shall be required to be at this residence at all times except for approved absences for gainful employment, community service, religious services, medical care, educational or training programs and at other such times as may be specifically authorized by the U.S. Probation Office. The defendant shall permit the probation officer access to the residence at all times and maintain a telephone at the residence. The defendant shall comply with any other specific conditions of curfew as the probation officer requires.

## CAUSE

The offender did not submit monthly supervision reports as required.

Respectfully submitted,

By: Wilfredo Torres
    Supervising U.S. Probation Officer
Date: November 9, 2006.

THE COURT ORDERS:

[X] The Modification of Conditions as Noted Above
[ ] The Extension of Supervision as Noted Above
[ ] No Action
[ ] Other

Signature of Judicial Officer

11/20/06
Date

PROB 49
(3/89)

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF NEW JERSEY

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By 'assistance of counsel,' I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

To modify the conditions of supervision as follows.  The addition of the following special condition(s):

The defendant is to be placed on home curfew for a period of 2 months commencing at the direction of the U.S. Probation Office retroactive to October 24, 2006. The defendant shall be required to be at this residence at all times except for approved absences for gainful employment, community service, religious services, medical care, educational or training programs and at other such times as may be specifically authorized by the U.S. Probation Office. The defendant shall permit the probation officer access to the residence at all times and maintain a telephone at the residence. The defendant shall comply with any other specific conditions of curfew as the probation officer requires.

Witness: _____
U.S. Probation Officer
Cayetano R. Castellano

Signed: _____
Probationer or Supervised Releasee
Hensley Zolotoff

11/02/06
DATE